IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

United States Courts
Southern District of Texas
ENTERED
MAY 2 4 2004
Michael N. Milby, Clerk

| | | |
|---|---|---|
| SEAN BREEN, et al. | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. G-01-670 |
| | § | |
| J. MALON SOUTHERLAND, et al. | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Order, all claims brought by Plaintiff against Defendants are hereby **DISMISSED WITH PREJUDICE**. All relief not herein provided is expressly **DENIED**. All Parties are **ORDERED** to bear their own costs and attorneys' fees incurred herein to date. **THIS IS A FINAL JUDGMENT**.

**IT IS SO ORDERED.**

DONE this 21st day of May, 2004, at Galveston, Texas.

SAMUEL B. KENT
UNITED STATES DISTRICT JUDGE